JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CAZARES,<br><br>    Petitioner-Defendant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent-Plaintiff, | No.  CV 17-4585 PA<br>       CR 04-415 PA<br><br>JUDGMENT |

    Pursuant to the Court's May 8, 2018 minute order denying dismissing the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 filed by petitioner-defendant Fernando Cazares,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner-defendant's Motion Pursuant to 28 U.S.C. § 2255 is denied and this action is dismissed with prejudice.

DATED: May 8, 2018

                                                               Percy Anderson<br>                                        UNITED STATES DISTRICT JUDGE